Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeffrey Allen Kriebel** | : | Case No. 12–10756–TPA |
| **Karla Dawn Kriebel** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 132 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/8/17 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this **31st day of August, 2017**, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 132, by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before October 16, 2017**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on ***November 8, 2017 at 12:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                           Case No. 12-10756-TPA
Jeffrey Allen Kriebel
Karla Dawn Kriebel                                               Chapter 13
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-1           User: vson                  Page 1 of 3                  Date Rcvd: Aug 31, 2017
                               Form ID: 300b               Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db/db         Jeffrey Allen Kriebel,    Karla Dawn Kriebel,    PA Box 802,    Rimersburg, PA  16248
aty          +Lawrence J. Buckley,    Brice Vander Linden & Wernick, PC,    9441 LBJ Freeway, Suite 250,
               Dallas, TX 75243-4640
cr           +Beneficial Consumer Discount Company,    2929 Walden Avenue,    Depew, NY 14043-2602
cr           +HSBC Finance Corporation,    P. O. Box 829009,    Dallas, TX 75382-9009
13403533    ++AARON S INC,   PO BOX 100039,    KENNESAW GA 30156-9239
              (address filed with court: Aaron Sales & Lease,     1015 Cobb Place Blvd Nw,
                Kennesaw, GA 30144)
13403860     +Beneficial Consumer Discount Company,    2929 Walden Avenue,    Depew, New York 14043-2602
13472887     +Beneficial Consumer Discount Company,    PO Box 12907,    Norfolk, VA 23541-0907
13386150     +Beneficial/Hfc,    Po Box 3425,   Buffalo, NY 14240-3425
13386152    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13386153    ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
              (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13403541    ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas,    200 Civic Center Drive, 11th Floor,
                Attn: Bankruptcy,    Columbus, OH 43215)
13494564      CitiFinancial, Inc.,    P.O. Box 70919,   Charlotte, NC 28272-0919
13495339      CitiFinancial, Inc.,    P.O. Box 6043,   Sioux Falls, SD  57117-6043
13403538     +Clarion County Claim Tax Bureau,    c/o Nancy S. Mellon, Tax Collector,    32691 SR66 PO Box 319,
               Leeper, PA 16233-0319
13403539     +Clarion Diagnostic Imaging,    PO Box 486,   Clarion, PA 16214-0486
13403545     +DJD Anesthesia Associates,    P.O. Box 947,   Chambersburg, PA 17201-0947
14054108     +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,    3815 South West Temple,
               Salt Lake City, UT 84115-4412
13403546     +Fingerhut/Metbk,    Post Office Box 166,   Newark, NJ 07101-0166
13386157     +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13403548     +G.H. Harris Associates, Inc.,    PO Box 216,   Dallas, PA 18612-0216
13403549     +Health Services of Clarion, Inc,    121 Doctors Lane,    Clarion, PA 16214-8515
13386158     +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
13977768     +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
               Oklahoma City, OK 73134-2500
13403555     +Marion Center Bank,    514 W. Mahoning Street,    Punxsutawney, PA 15767-1910
13386161     +Natl Bond & Collecti,    150 Welles St,   Forty-Fort, PA 18704-4966
13386162      Nco Fin/55,   Po Box 13570,    Philadelphia, PA 19101
13386164     +Rcs/Cvf Consumer Acqui,    Po Box 10525,   Greenville, SC 29603-0525
13403562     +Schumacher Refuse,    1872 State Route 268,   East Brady, PA 16028-2518
13386165     +Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-5442
13389020     +Security Credit Services, LLC,    PO Box 1156,    Oxford MS 38655-1156
14082642      Security Credit Services, LLC,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
               Rochester, MI 48308-0730
13403564     +THE HMC Group,   Collection Agency,    PO Box 16211,    Cleveland, OH 44116-0211
13403565     +Timothy Scott, DPM,    22905 Route 68,   Clarion, PA 16214-8557
13403567      UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13403566     +Union School District,    354 Baker Stree,   Tax Office,    Rimersburg, PA 16248-3304
13403571     +WPAHS,   P.O. Box 6770,    Pittsburgh, PA 15212-0770
14148287     +Wilmington Savings Fund Society, FSB,    c/o Select Portfolio Servicing, Inc.,
               3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 01:57:23
               Landmark Asset Receivables Management,    c/o Green Tree Servicing,LLC,
               7340 S. Kyrene Road,    Recovery Dept. T-120,    Tempe, AZ 85283-4573
13420429      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2017 02:03:29
               American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
               Oklahoma City, OK   73126-9093
13498679      E-mail/Text: matthartweg@cbjcredit.com Sep 01 2017 01:51:30      CBJ Credit Recovery,
               117 West 4th Street,    Jamestown, NY 14701-5005
13405585      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 01 2017 01:56:41
               CVF Consumer Acquisition Company its successors,     and assigns as assignee of NCO,
               Portfolio Management,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
13403540     +E-mail/Text: bsauerland@clarionhospital.org Sep 01 2017 01:50:13       Clarion Hospital,
               One Hospital Drive,    Clarion, PA 16214-8599
13386154     +E-mail/Text: kcarter@creditmanagementcompany.com Sep 01 2017 01:51:14       Credit Management Co,
               2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13386155     +E-mail/PDF: creditonebknotifications@resurgent.com Sep 01 2017 01:57:27       Credit One Bank,
               Po Box 98875,    Las Vegas, NV 89193-8875
13403544      E-mail/PDF: creditonebknotifications@resurgent.com Sep 01 2017 01:56:34       Credit One Bank,
               Post Office Box 60500,    City Of Industry, CA 91716-0500
13403553      E-mail/Text: cio.bncmail@irs.gov Sep 01 2017 01:50:22      Internal Revenue Service,
               Insolvency Unit,   P.O. Box 628,    Pittsburgh, PA 15230
```

```
District/off: 0315-1           User: vson                  Page 2 of 3                  Date Rcvd: Aug 31, 2017
                               Form ID: 300b               Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13425554        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 01 2017 01:51:08      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
14001137       +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 01:57:23
                 Landmark Asset Receivables Mgt.LLC,    c/o Green Tree Servicing,LLC,    7340 S. Kyrene Road,
                 Recovery Dept. T-120,    Tempe, AZ 85283-4573
13386159       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 01 2017 01:56:38      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
13386160       +E-mail/Text: Bankruptcies@nragroup.com Sep 01 2017 01:51:41      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13403559        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2017 01:50:44      PA Department of Revenue,
                 Banruptcy Division,    PO Box 280946,   Harrisburg, PA 17128-0496
13400905       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 02:17:37
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,   Norfolk, VA   23541
13400059       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 02:17:26
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13402960        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2017 01:50:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13386163       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 02:03:21
                 Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13425327       +E-mail/Text: csidl@sbcglobal.net Sep 01 2017 01:51:16      PremierBankcard/Charter,
                 Post Office Box 2208,    Vacaville, CA 95696-8208
13403568       +E-mail/Text: BankruptcyNotice@upmc.edu Sep 01 2017 01:51:27      UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor- Customer Service,    Pittsburgh, PA 15233-2213
13464721       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 01 2017 01:50:58      West Penn Power,
                 P.O. Box 1392,    Fairmont  WV 26555-1392
13403570       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 01 2017 01:50:58      West Penn Power,
                 800 Cabin Hill Drive,    Greensburg, PA 15601-1689
                                                                                                TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Beneficial Consumer Discount Co.
cr             LSF9 Master Participation Trust
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
13386151       Benfcl/Hfc
13386156       Fhut/Metbk
cr*            Security Credit Services, LLC,   c/o Five Lakes Agency, Inc.,   PO Box 80730,
                 Rochester, MI  48308-0730
13386149*     ++AARON S INC,   PO BOX 100039,   KENNESAW GA 30156-9239
               (address filed with court: Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
13403534*     +Beneficial/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
13403536*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Po Box 85520,   Richmond, VA 23285)
13403537*     ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
               (address filed with court: Citifinancial,    300 Saint Paul Pl,   Baltimore, MD 21202)
13403542*     +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13403543*     +Credit One Bank,   Po Box 98875,   Las Vegas, NV 89193-8875
13403547*     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13403550*     +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13403551*     +Internal Revenue Service,   William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
13403552*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13403554*     +Lvnv Funding Llc,   Po Box 740281,   Houston, TX 77274-0281
13403556*     +National Recovery Agen,   2491 Paxton St,   Harrisburg, PA 17111-1036
13403557*     +Natl Bond & Collecti,   150 Welles St,   Forty-Fort, PA 18704-4966
13403558*      Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
13403560*     +Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13403561*     +Rcs/Cvf Consumer Acqui,   Po Box 10525,   Greenville, SC 29603-0525
13403563*     +Security Credit Servic,   2653 W Oxford Loop,   Oxford, MS 38655-5442
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13403535      ##+Borough Of Rimersburg,   P.O. Box 413,   Rimersburg, PA 16248-0413
13403569      ##+West Penn Allegheny Health System,   2 Allegheny Center, Sixth Floor,
                 Pittsburgh, PA 15212-5402
                                                                                   TOTALS: 5, * 18, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1         User: vson              Page 3 of 3            Date Rcvd: Aug 31, 2017
                             Form ID: 300b           Total Noticed: 59
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
              James   Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2015-RPL3 Trust, Mortgage-Backed Notes, Series
               2015-RPL3 bkgroup@kmllawgroup.com
              Jason J. Mazzei    on behalf of Plaintiff Karla D. Kriebel jasonmazzei@me.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Jason J. Mazzei    on behalf of Plaintiff Jeffrey Allen Kriebel jasonmazzei@me.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Jason J. Mazzei    on behalf of Plaintiff Karla Dawn Kriebel jasonmazzei@me.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Jason J. Mazzei    on behalf of Plaintiff Jeffrey A. Kriebel jasonmazzei@me.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Keri P. Ebeck    on behalf of Creditor    LSF9 Master Participation Trust kebeck@weltman.com,
               jbluemle@weltman.com
              Kevin T. McQuail    on behalf of Creditor    Beneficial Consumer Discount Co. ecfmail@mwc-law.com
              Matthew Christian Waldt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2015-RPL3 Trust, Mortgage-Backed Notes,
               Series 2015-RPL3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Jeffrey Allen Kriebel ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Plaintiff Karla Dawn Kriebel ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Plaintiff Jeffrey Allen Kriebel ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Karla Dawn Kriebel ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 15
```