**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/30/17 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    JEFFREY ALLEN KRIEBEL
    KARLA DAWN KRIEBEL
         Debtor(s)

    Ronda J. Winnecour
         Movant
        vs.
    No Repondents.

Case No.:12-10756 TPA

Chapter 13

Document No.:   132

ORDER OF COURT

  AND NOW, this _____30th_____ day of _____October_____, 20_17_, upon consideration of the
**Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of
Receipts and Disbursements**, and following notice to the creditors and an opportunity to be
heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all
amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to
Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are
immediately terminated and the debtor(s) shall serve a copy of this order on any affected
employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free
and clear of any and all claims or interests except as otherwise treated in the plan or in the
Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is
hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not
the claim of such creditor is provided for in the Plan, and whether or not such creditor has
objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided
for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment
date for which the Trustee last made a distribution, and no additional interest, late fees or
penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's
registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report
and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is
discharged from her duties in this case and the case will be closed.

BY THE COURT

U.S. BANKRUPTCY JUDGE    vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-10756-TPA
Jeffrey Allen Kriebel                                                     Chapter 13
Karla Dawn Kriebel
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut          Page 1 of 3          Date Rcvd: Oct 30, 2017
                              Form ID: pdf900     Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2017.
db/db          Jeffrey Allen Kriebel,   Karla Dawn Kriebel,   PA Box 802,   Rimersburg, PA  16248
aty           +Lawrence J. Buckley,  Brice Vander Linden & Wernick, PC,   9441 LBJ Freeway, Suite 250,
               Dallas, TX 75243-4640
cr            +Beneficial Consumer Discount Company,   2929 Walden Avenue,   Depew, NY 14043-2602
cr            +HSBC Finance Corporation,   P. O. Box 829009,   Dallas, TX 75382-9009
13403533     ++AARON S INC,   PO BOX 100039,   KENNESAW GA 30156-9239
               (address filed with court: Aaron Sales & Lease,   1015 Cobb Place Blvd Nw,
               Kennesaw, GA 30144)
13403860      +Beneficial Consumer Discount Company,   2929 Walden Avenue,   Depew, New York 14043-2602
13472887      +Beneficial Consumer Discount Company,   PO Box 12907,   Norfolk, VA 23541-0907
13386150      +Beneficial/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
13386152     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
13386153     ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
               (address filed with court: Citifinancial,   300 Saint Paul Pl,   Baltimore, MD 21202)
13403541     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas,   200 Civic Center Drive, 11th Floor,
               Attn: Bankruptcy,   Columbus, OH 43215)
13494564      CitiFinancial, Inc.,   P.O. Box 70919,   Charlotte, NC 28272-0919
13495339      CitiFinancial, Inc.,   P.O. Box 6043,   Sioux Falls, SD  57117-6043
13403538      +Clarion County Claim Tax Bureau,   c/o Nancy S. Mellon, Tax Collector,   32691 SR66 PO Box 319,
               Leeper, PA 16233-0319
13403539      +Clarion Diagnostic Imaging,   PO Box 486,   Clarion, PA 16214-0486
13403545      +DJD Anesthesia Associates,   P.O. Box 947,   Chambersburg, PA 17201-0947
14054108      +DLJ Mortgage Capital, Inc.,   Serviced by Select Portfolio Servicing,,   3815 South West Temple,
               Salt Lake City, UT 84115-4412
13386157      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13403548      +G.H. Harris Associates, Inc.,   PO Box 216,   Dallas, PA 18612-0216
13403549      +Health Services of Clarion, Inc,   121 Doctors Lane,   Clarion, PA 16214-8515
13386158      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13977768      +LSF9 Master Participation Trust,   Caliber Home Loans, Inc.,   13801 Wireless Way,
               Oklahoma City, OK 73134-2500
13403555      +Marion Center Bank,   514 W. Mahoning Street,   Punxsutawney, PA 15767-1910
13386161      +Natl Bond & Collecti,   150 Welles St,   Forty-Fort, PA 18704-4966
13386162       Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
13386164      +Rcs/Cvf Consumer Acqui,   Po Box 10525,   Greenville, SC 29603-0525
13403562      +Schumacher Refuse,   1872 State Route 268,   East Brady, PA 16028-2518
13386165      +Security Credit Servic,   2653 W Oxford Loop,   Oxford, MS 38655-5442
13389020      +Security Credit Services, LLC,   PO Box 1156,   Oxford MS 38655-1156
14082642       Security Credit Services, LLC,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
               Rochester, MI 48308-0730
13403564      +THE HMC Group,   Collection Agency,   PO Box 16211,   Cleveland, OH 44116-0211
13403565      +Timothy Scott, DPM,   22905 Route 68,   Clarion, PA 16214-8557
13403567       UPMC Physician Services,   P.O. Box 371980,   Pittsburgh, PA 15250-7980
13403566      +Union School District,   354 Baker Stree,   Tax Office,   Rimersburg, PA 16248-3304
13403571      +WPAHS,   P.O. Box 6770,   Pittsburgh, PA 15212-0770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2017 01:14:10
               Landmark Asset Receivables Management,LLC,   c/o Green Tree Servicing,LLC,
               7340 S. Kyrene Road,   Recovery Dept. T-120,   Tempe, AZ 85283-4573
13420429       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2017 01:21:58
               American InfoSource LP as agent for,   InSolve Recovery, LLC,   PO Box 269093,
               Oklahoma City, OK  73126-9093
13498679       E-mail/Text: matthartweg@cbjcredit.com Oct 31 2017 01:19:53     CBJ Credit Recovery,
               117 West 4th Street,   Jamestown, NY 14701-5005
13405585       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2017 01:21:57
               CVF Consumer Acquisition Company its successors,   and assigns as assignee of NCO,
               Portfolio Management,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
13403540      +E-mail/Text: bsauerland@clarionhospital.org Oct 31 2017 01:18:28     Clarion Hospital,
               One Hospital Drive,   Clarion, PA 16214-8599
13386154      +E-mail/Text: kcarter@creditmanagementcompany.com Oct 31 2017 01:19:34     Credit Management Co,
               2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13386155      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 31 2017 01:22:04     Credit One Bank,
               Po Box 98875,   Las Vegas, NV 89193-8875
13403544       E-mail/PDF: creditonebknotifications@resurgent.com Oct 31 2017 01:14:40     Credit One Bank,
               Post Office Box 60500,   City Of Industry, CA 91716-0500
13403546      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 31 2017 01:19:40     Fingerhut/Metbk,
               Post Office Box 166,   Newark, NJ 07101-0166
13403553       E-mail/Text: cio.bncmail@irs.gov Oct 31 2017 01:18:36     Internal Revenue Service,
               Insolvency Unit,   P.O. Box 628,   Pittsburgh, PA 15230

```
District/off: 0315-1          User: mgut              Page 2 of 3              Date Rcvd: Oct 30, 2017
                              Form ID: pdf900         Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13425554        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 31 2017 01:19:27       Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
14001137       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2017 01:14:25
                 Landmark Asset Receivables Mgt.LLC,   c/o Green Tree Servicing,LLC,   7340 S. Kyrene Road,
                 Recovery Dept. T-120,   Tempe, AZ 85283-4573
13386159       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2017 01:21:57       Lvnv Funding Llc,
                 Po Box 740281,   Houston, TX 77274-0281
13386160       +E-mail/Text: Bankruptcies@nragroup.com Oct 31 2017 01:20:02       National Recovery Agen,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
13403559        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2017 01:18:57       PA Department of Revenue,
                 Banruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0496
13400905        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2017 01:36:30
                 Portfolio Recovery Associates, LLC,   P.O. Box 41067,   Norfolk, VA  23541
13400059        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2017 01:22:07
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13402960        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2017 01:18:57
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13386163       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2017 01:36:38
                 Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13425327       +E-mail/Text: csidl@sbcglobal.net Oct 31 2017 01:19:35       PremierBankcard/Charter,
                 Post Office Box 2208,   Vacaville, CA 95696-8208
13403568       +E-mail/Text: BankruptcyNotice@upmc.edu Oct 31 2017 01:19:43       UPMC Physician Services,
                 1650 Metropolitan Street,   Third Floor- Customer Service,   Pittsburgh, PA 15233-2213
13464721       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 31 2017 01:19:15       West Penn Power,
                 P.O. Box 1392,   Fairmont WV 26555-1392
13403570       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 31 2017 01:19:15       West Penn Power,
                 800 Cabin Hill Drive,   Greensburg, PA 15601-1689
14148287       +E-mail/Text: jennifer.chacon@spservicing.com Oct 31 2017 01:20:04
                 Wilmington Savings Fund Society, FSB,   c/o Select Portfolio Servicing, Inc.,
                 3217 S. Decker Lake Drive,   Salt Lake City, UT 84119-3284
                                                                                    TOTAL: 24


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Beneficial Consumer Discount Co.
cr             LSF9 Master Participation Trust
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
13386151       Benfcl/Hfc
13386156       Fhut/Metbk
cr*            Security Credit Services, LLC,   c/o Five Lakes Agency, Inc.,   PO Box 80730,
                 Rochester, MI  48308-0730
13386149*      ++AARON S INC,   PO BOX 100039,   KENNESAW GA 30156-9239
                (address filed with court: Aaron Sales & Lease Ow,   1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
13403534*      +Beneficial/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
13403536*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,   Po Box 85520,   Richmond, VA 23285)
13403537*      ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
                (address filed with court: Citifinancial,   300 Saint Paul Pl,   Baltimore, MD 21202)
13403542*      +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13403543*      +Credit One Bank,   Po Box 98875,   Las Vegas, NV 89193-8875
13403547*      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13403550*      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13403551*      +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
13403552*      +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13403554*      +Lvnv Funding Llc,   Po Box 740281,   Houston, TX 77274-0281
13403556*      +National Recovery Agen,   2491 Paxton St,   Harrisburg, PA 17111-1036
13403557*      +Natl Bond & Collecti,   150 Welles St,   Forty-Fort, PA 18704-4966
13403558*       Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
13403560*      +Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13403561*      +Rcs/Cvf Consumer Acqui,   Po Box 10525,   Greenville, SC 29603-0525
13403563*      +Security Credit Servic,   2653 W Oxford Loop,   Oxford, MS 38655-5442
cr             ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13403535       ##+Borough Of Rimersburg,   P.O. Box 413,   Rimersburg, PA 16248-0413
13403569       ##+West Penn Allegheny Health System,   2 Allegheny Center, Sixth Floor,
                 Pittsburgh, PA 15212-5402
                                                                         TOTALS: 5, * 18, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1          User: mgut          Page 3 of 3          Date Rcvd: Oct 30, 2017
                              Form ID: pdf900     Total Noticed: 59
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2017 at the address(es) listed below:

```
          Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
          James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, as indenture trustee, for the CSMC 2015-RPL3 Trust, Mortgage-Backed Notes, Series
           2015-RPL3 bkgroup@kmllawgroup.com
          Jason J. Mazzei    on behalf of Plaintiff Karla D. Kriebel jasonmazzei@me.com,
           donotemail.mazzeiecfbackuponly@gmail.com
          Jason J. Mazzei    on behalf of Plaintiff Jeffrey Allen Kriebel jasonmazzei@me.com,
           donotemail.mazzeiecfbackuponly@gmail.com
          Jason J. Mazzei    on behalf of Plaintiff Karla Dawn Kriebel jasonmazzei@me.com,
           donotemail.mazzeiecfbackuponly@gmail.com
          Jason J. Mazzei    on behalf of Plaintiff Jeffrey A. Kriebel jasonmazzei@me.com,
           donotemail.mazzeiecfbackuponly@gmail.com
          Keri P. Ebeck    on behalf of Creditor    LSF9 Master Participation Trust kebeck@weltman.com,
           jbluemle@weltman.com
          Kevin T. McQuail    on behalf of Creditor    Beneficial Consumer Discount Co. ecfmail@mwc-law.com
          Matthew Christian Waldt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, as indenture trustee, for the CSMC 2015-RPL3 Trust, Mortgage-Backed Notes,
           Series 2015-RPL3 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Jeffrey Allen Kriebel ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Plaintiff Karla Dawn Kriebel ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Plaintiff Jeffrey Allen Kriebel ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Karla Dawn Kriebel ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                      TOTAL: 15
```